UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES CURTIS RATLIFF | CIVIL ACTION |
| VERSUS | NO. 24-255 |
| HOME DEPOT CORPORATION, ET AL. | SECTION "R" (5) |

# ORDER

Plaintiff James Curtis Ratliff, proceeding *pro se* and *in forma pauperis*, brings this action under 42 U.S.C. § 1983.[1] On March 20, 2024, Chief Magistrate Judge Michael B. North issued a Report & Recommendation ("R&R"), recommending that the Court dismiss with prejudice plaintiff's claims against defendants Home Depot Corporation, Cox Cable, Allied Universal, the New Orleans Police Department, and the City of New Orleans, as legally frivolous and for otherwise failing to state a claim on which relief can be granted.[2] Chief Magistrate Judge North further recommended that plaintiff's federal claims and supplemental state-law claims against defendant Officer Blake Delaune be allowed to proceed pending further development and remain referred to the Magistrate Judge.[3]

---

[1] R. Doc. 4.
[2] R. Doc. 7.
[3] *Id.*

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Chief Magistrate Judge North's R&R as its opinion. Plaintiff's claims against defendants Home Depot Corporation, Cox Cable, Allied Universal, the New Orleans Police Department, and the City of New Orleans are DISMISSED WITH PREJUDICE. Plaintiff's claims against defendant Officer Blake Delaune shall proceed pending further development and remain referred to Chief Magistrate Judge North.

New Orleans, Louisiana, this __15th__ day of April, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2